**B9I (Official Form 9I)** (Chapter 13 Case) (12/12) — Case Number **13−70282−hdh13**

UNITED STATES BANKRUPTCY COURT Northern District of Texas

# Notice of
## Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 7/31/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Tammy Rachelle Hibbler
1503 S FM 369
Burkburnett, TX 76354

| Case Number: | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos: |
|---|---|
| 13−70282−hdh13 | xxx−xx−4962 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Monte J. White<br>Monte J. White & Associates, P.C.<br>1106 Brook Avenue<br>Hamilton Place<br>Wichita Falls, TX 76301<br>Telephone number: (940) 723−0099 | Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424<br>Telephone number: 806−748−1980 |

## Meeting of Creditors

Date: **August 28, 2013**    Time: **02:00 PM**
Location: **US Courthouse, Room 208, 10th & Lamar St., Wichita Falls, TX 76301**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:

For all creditors (except a governmental unit): **11/26/13**    For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)):

### Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts:**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Filing of Plan, Hearing on Confirmation of Plan**
The debtor has not filed a plan as of this date. You will be sent separate notice of the hearing on confirmation of the plan.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242−1496<br>Telephone number: 214−753−2000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Tawana C. Marshall |
|---|---|
| Hours Open: Monday – Friday 8:30 AM – 4:30 PM | Date: 8/1/13 |

# EXPLANATIONS

B9I (Official Form 9I) (12/12)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be filed online at the Bankruptcy Court's Website:(http://www.txnb.uscourts.gov) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

United States Bankruptcy Court
Northern District of Texas

In re:  
Tammy Rachelle Hibbler  
    Debtor

Case No. 13-70282-hdh  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0539-7      User: jward      Page 1 of 2      Date Rcvd: Aug 01, 2013  
                   Form ID: b9i      Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2013.

```
db         +Tammy Rachelle Hibbler,    1503 S FM 369,    Burkburnett, TX 76354-2843
tr         +Walter 12,13 OCheskey,    6308 Iola Avenue,    Lubbock, TX 79424-2735
15603300   +Ashwood Financial,    PO Box 47707,    Indianapolis, IN 46247-0707
15603301   +Blalack & Williams,    5550 LBJ Freeway, Suite 400,    Dallas, TX 75240-2349
15603302   +Bureau Of Collection R,    Attention: Bankruptcy,    7575 Corporate Way,
             Eden Prairie, MN 55344-2022
15603303   +Caine & Weiner,    PO Box 5010,    Woodland Hills, CA 91365-5010
15603304   +City of Burk-ISD-Wichita County,    CO Harold Lerew,    PO Box 8188,    Wichita Falls, TX 76307-8188
15603306    ECMC,    P.O. Box 16408,    Saint Paul, MN 55116-0408
15603307   +Elder, Bickings & Spurgers,    320 E Third Street,    Burkburnett, TX 76354-3437
15603308   +Executive Services,    PO Box 2248,    Wichita Falls, TX 76307-2248
15603310   +Ginnys-Swiss Colony Inc,    Attn: Bankruptcy,    1112 7th Ave,    Monroe, WI 53566-1364
15603311   +Harris & Harris, Ltd,    111 W Jackson Blvd 400,    Chicago, IL 60604-4135
15603313   +Leonard Hibbler-Deceased,    1503 S FM 369,    Burkburnett, TX 76354-2843
15603315   +Lynn Landrum,    CO Elder Bickings & Spurgers,    320 E 3rd Street,    Burkburnett, TX 76354-3437
15603316   +Sunrise Credit Services,    PO Box 9100,    Farmingdale, NY 11735-9100
15603317   +Texoma Community Credit Union,    Po Box 1320,    Wichita Falls, TX 76307-1320
15603318    Texoma Oncology PA Texoma CC,    5400 Kell West Blvd,    Wichita Falls, TX 76310
15603320   +United Regional,    Attn: Billing Dept.,    1600 11th Street,    Wichita Falls, TX 76301-4388
15603321   +United Regional Physician Group,    PO Box 9261,    Wichita Falls, TX 76308-9261
15603322   +United Revenue Corp,    204 Billings St Ste 120,    Arlington, TX 76010-2495
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty         E-mail/Text: legal@montejwhite.com Aug 02 2013 00:32:23     Monte J. White,
             Monte J. White & Associates, P.C.,    1106 Brook Avenue,    Hamilton Place,
             Wichita Falls, TX  76301
15603305   +E-mail/Text: CPLBilling@cpllabs.com Aug 02 2013 00:38:38     Clinical Pathology Lab,
             PO Box 141669,    Austin, TX 78714-1669
15603309   +EDI: AMINFOFP.COM Aug 02 2013 00:08:00      First Premier Bank,    601 S Minnesota Ave,
             Sioux Falls, SD 57104-4868
15603312    EDI: IRS.COM Aug 02 2013 00:08:00      IRS Special Procedures,    1100 Commerce St., Room 951,
             Mail Stop 5029 DAL,    Dallas, TX 75246
15603314   +EDI: RESURGENT.COM Aug 02 2013 00:08:00      Lvnv Funding Llc,    Po Box 10497,
             Greenville, SC 29603-0497
15603319   +E-mail/Text: donna@titaniumbilling.com Aug 02 2013 00:38:08     Titanium Emergency Group,
             P.O. Box 3407,    Emergency room Physician,    Wichita Falls, Texas 76301-0407
                                                                                              TOTAL: 6
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 03, 2013**          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0539-7          User: jward                Page 2 of 2              Date Rcvd: Aug 01, 2013
                              Form ID: b9i               Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2013 at the address(es) listed below:

        Monte J. White   on behalf of Debtor Tammy Rachelle Hibbler legal@montejwhite.com, pamela@montejwhite.com;michelle@montejwhite.com;cyndym@montejwhite.com

        United States Trustee   ustpregion06.da.ecf@usdoj.gov, albert.loftus@usdoj.gov

        Walter 12,13 OCheskey   cmecf@ch13-12westtex.org, ecfcox@ost-wtx.org,ost.cmecf@gmail.com

        TOTAL: 3