IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 13-70282-HDH-13 |
| | DATED: October 17, 2013 |
| **TAMMY RACHELLE HIBBLER** | |
| | HEARING DATE: October 16, 2013 |
| | HEARING TIME: 10:00 AM |

**NOTICE OF WITHDRAWAL OF THE TRUSTEE'S MOTION TO DISMISS
AND/OR REDUCE DEBTOR'S ATTORNEY FEES**

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, AND HEREBY WITHDRAWS his "MOTION TO DISMISS AND/OR REDUCE DEBTOR'S ATTORNEY FEES" without prejudice for the Motion dated 09-05-2013.

 /s/  Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Withdrawal of the Trustee's Motion to Dismiss and/or Reduce Debtor's Attorney Fees was this date served on the following parties electronically or by U.S first class mail:

 /s/  Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424

| | |
|---|---|
| Debtor Attorney | |
| MONTE J WHITE | United States Trustee |
| ATTORNEY AT LAW | William T. Neary |
| 1106 BROOK AVE HAMILTON PLACE | 1100 Commerce Street, Rm9C60 |
| WICHITA FALLS TX 76301-0000 | Dallas, TX  75242 |

| | |
|---|---|
| Debtor1: | Debtor 2: |
| TAMMY RACHELLE HIBBLER | |
| 1503 S FM 369 | |
| BURKBURNETT TX 76354 | |